## Levick *v.* Levick, Appellant.

Argued September 13, 1965. *Herman H. Greenberg,* for appellant; *Norman C. Henss,* with him

*Reuben E. Cohen,* and *Cohen, Shapiro, Berger and Cohen,* for appellee.

Order affirmed.

FLOOD, J., absent.